# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

<u>Danell Tomasella</u>

        Plaintiff

     V.

<u>Nestle USA, Inc.</u>

        Defendant

CIVIL ACTION

NO. <u>18-10269-ADB</u>

## **ORDER OF DISMISSAL**

<u>Burroughs, D. J.</u>

    In accordance with the Court's Memorandum & Order dated <u>1/30/2019</u> Granting Defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                By the Court,

<u> 1/30/2019 </u>                         <u>/s/ Christina McDonagh</u>
    Date                                       Deputy Clerk