2019-01-31IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANELL TOMASELLA, on behalf of herself and all others similarly situated,<br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>NESTLÉ USA, INC., a Delaware corporation,<br>　　　　　　　　Defendant. | Case No. 1:18-cv-10269-ADB |

**NOTICE OF APPEAL**

NOTICE IS GIVEN that Plaintiff Danell Tomasella hereby appeals to the United States Court of Appeals for the First Circuit from the Order of Dismissal (ECF No. 34) entered in this action on January 30, 2019 (attached as Exhibit A), pursuant to the Memorandum and Order on Motion to Dismiss filed by Defendant Nestlé USA, Inc. (ECF No. 33) entered on the same date (attached as Exhibit B).

| | |
|---|---|
| Dated:  January 31, 2019 | Respectfully submitted, |
| | /s/ Steve W. Berman<br>Steve W. Berman (admitted *pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA  98101<br>(206) 623-7292<br>steve@hbsslaw.com |
| | Elaine T. Byszewski (admitted *pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>301 N. Lake Avenue, Suite 920<br>Pasadena, CA  91101<br>(213) 330-7150<br>elaine@hbsslaw.com |
| | Hannah W. Brennan (#688179)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>55 Cambridge Parkway, Suite 301<br>Cambridge, MA  02142<br>(617) 482-3700<br>hannahb@hbsslaw.com |
| | *Attorneys for Plaintiff and the Proposed Class* |

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, on January 31, 2019.

      Respectfully submitted,

      */s/ Steve W. Berman*
      Steve W. Berman (admitted *pro hac vice*)