# United States Court of Appeals
## For the First Circuit

No. 19-1130

DANELL TOMASELLA, on behalf of herself and all others similarly situated

Plaintiff - Appellant

v.

NESTLE USA, INC., a Delaware corporation

Defendant - Appellee

No. 19-1131

DANELL TOMASELLA, on behalf of herself and all others similarly situated

Plaintiff - Appellant

v.

MARS, INC., a Delaware corporation; MARS CHOCOLATE NORTH AMERICA LLC, a Delaware company

Defendants - Appellees

No. 19-1132

DANELL TOMASELLA, on behalf of herself and all others similarly situated

Plaintiff - Appellant

v.

THE HERSHEY COMPANY, a Delaware corporation; HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION, a Delaware corporation

Defendants - Appellees

**MANDATE**

Entered: July 7, 2020

In accordance with the judgment of June 16, 2020, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Steve W. Berman
Hannah W. Brennan
Elaine T. Byszewski
Karen Lisa Eisenstadt
David Horniak
Michael D. Kendall
Jonah M. Knobler
Ralph T. Lepore
Bryan A. Merryman
Alison M. Newman
Lauren M. Papenhausen
Stephen D. Raber
Robert Michael Shaw
Steven A. Zalesin